# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHANNA ROBINSON, et al., | Case No. 3:16-cv-00250 |
| Plaintiffs, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

# ORDER TRANSFERRING REFERENCE

The referral of this case is hereby transferred from Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael J. Newman.

September 12, 2017

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge

September 12, 2017

*s/Michael J. Newman*
Michael J. Newman
United States Magistrate Judge