UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHANNA ROBINSON, *et al.*, | |
| Plaintiffs, | Case No. 3:16-cv-250 |
| vs. | |
| JOHNSON & JOHNSON, *et al.*, | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| Defendants. | |

**ORDER AND ENTRY: (1) GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW; AND (2) NOTIFYING PLAINTIFFS' THAT, IN THE ABSENCE OF COUNSEL ENTERING AN APPEARANCE ON THEIR BEHALF IN 30 DAYS, THE COURT WILL DEEM THEM AS PROCEEDING *PRO SE***

This civil case is before the Court on the motion of Plaintiff's counsel Aaron Durden seeking to withdraw from representation.  Doc. 32.  The Court previously denied counsel's motion because it was not supported by an affidavit.  Doc. 35.  Counsel has now filed the appropriate affidavit under seal with the Court.  The Court has carefully reviewed the motion and supporting affidavit.  Absent any opposition, and for good cause shown, counsel's motion to withdraw (doc. 32) is **GRANTED**.

Plaintiffs are **NOTIFIED** that, in the absence of new counsel entering an appearance on the record on their behalf within the next **THIRTY (30) DAYS**, they will be deemed as proceeding *pro se* (*i.e.*, without the assistance of counsel).  If either or both Plaintiffs elect to proceed *pro se*, they shall promptly provide their up-to-date contact information (including mailing address, phone number, and email), in writing, to counsel for Defendants and the Court so that all parties to the action and the Court can communicate with them and serve them with papers during the duration of this action.  Plaintiffs are further **NOTIFIED** that, while

proceeding without an attorney, they must attach a Certificate of Service to each document they file with the Court and, in addition, mail a copy of any filing to counsel for all parties, thereby advising counsel in this case and the Court of the date on which any and all filings were served.

    **IT IS SO ORDERED.**


Date:  <u>January 8, 2018</u>                      <u>s/ Michael J. Newman</u>
                                                      Michael J. Newman
                                                      United States Magistrate Judge